# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Charles Edward Bender,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:22-cv-00364-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **State of North Carolina** | ) | |
| **Garry L. McFadden,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2022 Order.

August 19, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court